UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

               v.

**JAMES RIVER PHILLIPS,**

    Defendant.

Case No. 1:25-mj-338

(Litkovitz, M.J.)

_____

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT**

_____

Upon motion of the UNITED STATES OF AMERICA, it is ORDERED that a Detention hearing IS SET/ CONTINUED for:

**FRIDAY, 4/18/2025 at 1:30pm**

before the Honorable Karen L. Litkovitz, United States Magistrate Judge, in Room 708 of the Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, Ohio 45202.

Pending this hearing, the defendant shall be held in custody by the United States Marshal, and produced for the hearing.

Date **Apr 17, 2025**

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge